# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### Civil Action No. 1:20-cv-1031

| | |
|---|---|
| **TINERA PORTER,**<br><br>Plaintiff,<br><br>vs.<br><br>**NOVANT HEALTH, INC., and NOVANT HEALTH CORPORATE,**<br><br>Defendants. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate that this action is dismissed with prejudice. The parties shall bear their own costs and fees.

This the 16th day of December, 2021.

/s/ R. Michael Elliot
R. Michael Elliot
Attorney for Plaintiff
Elliot Morgan Parsonage, PLLC
300 E. Kingston Ave, Suite 200
Charlotte, NC 28203
Telephone: (704) 707-3705
michaelelliot@emplawfirm.com
*Attorney for Plaintiff*

/s/ Benjamin Holland
Benjamin R. Holland
Carl M. Short III
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
201 South College Street, Suite 2300
Charlotte, NC 28244
Telephone: 704.342.2588
Benjamin.holland@ogletree.com
Carl.short@ogletree.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties.

/s/ R. Michael Elliot
R. Michael Elliot (42806)
Attorney for Plaintiff
Elliot Morgan Parsonage, PLLC
300 E. Kingston Ave, Suite 200
Charlotte, NC 28203
Telephone: (704) 707-3705
michaelelliot@emplawfirm.com